1028

[No. 51453-9-I.   Division One.   May 3, 2004.]

BRUCE PEDY, ET AL., *Appellants*, v. MOREQUITY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-10065-0, George N. Bowden, J., entered November 14, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51501-2-I.   Division One.   May 3, 2004.]

*In the Matter of the Estate of* JOHN J. OLSON, ET AL.

Appeal from judgments of the Superior Court for King County, No. 02-4-01503-1, William L. Downing, J., entered October 25, November 25, and December 4, 2002. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Appelwick and Schindler, JJ.

[Nos. 51536-5-I; 51534-9-I;   Division One.   May 3, 2004.]
            51535-7-I.

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE KULL, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 01-1-08856-1, Charles W. Mertel, J., entered November 25, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Coleman and Baker, JJ.

[No. 51803-8-I.   Division One.   May 3, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DEWAYNE WEST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08095-9, Carol A. Schapira, J., entered February 14, 2003. *Affirmed* by unpublished per curiam opinion.